# LAW OFFICES OF JILL R. SHELLOW PLLC

___

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

**MEMO ENDORSED**

January 19, 2024

**APPLICATION GRANTED**

Hon. Victoria Reznik, U.S.M.J.
Dated: 1/19/2024

**BY ECF AND EMAIL**
The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
ReznikNYSDChambers@nysd.uscourts.gov

    **RE:**    *United States v. Damjan Stanivukovic, 24- MJ-164*

Dear Judge Cott:

    On Saturday, January 13, 2024, Your Honor appointed me pursuant to the Criminal Justice Act to represent Damjan Stanivukovic. On January 17, Edward Sapone, Esquire, filed a notice of appearance on behalf of Mr. Stanivukovic as retained counsel. I have provided my file to Mr. Sapone and respectfully request that I be permitted to withdraw as counsel for Mr. Stanivukovic.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          Jill R. Shellow

cc:    Edward Sapone, Esq. (by email)
        AUSA Kathryn Wheelock (by email)
        Damjan Stanivukovic (by legal mail)

Admitted:  NY, CT, DC